1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 ESTATE OF RICHARD AND
   FLORA NAHIGAN, et al.,
12
                    Plaintiffs,
13
             v.                        CIV. NO. S-05-399 LKK/PAN
14
   MERCK & CO., INC., a
15 corporation; and McKESSON
   CORPORATION, a corporation,
16
                    Defendants.
17 _____/
   HELEN ARONIS,
18
                    Plaintiff,
19
             v.                        CIV. NO. S-05-486 WBS/DAD
20
   MERCK & CO., INC., a
21 corporation; and McKESSON
   CORPORATION, a corporation,
22
                    Defendants.
23 _____/
24 ////
25 ////
26 ////

```
 1  EVELYN MAYO,
 2                  Plaintiff,
 3          v.                          CIV. NO. S-05-580 GEB/KJM
 4  MERCK & CO., INC., a
    corporation; and McKESSON
 5  CORPORATION, a corporation,
 6                  Defendants.
                                    /
 7  ALLEN HURLBURT,
 8                  Plaintiff,
 9          v.                          CIV. NO. S-05-606 MCE/KJM
10  MERCK & CO., INC., a
    corporation; and McKESSON
11  CORPORATION, a corporation,
12                  Defendants.
                                    /
13  LEONARD LAGDEN,
14                  Plaintiff,
15          v.                          CIV. NO. S-05-656 DFL/PAN
16  MERCK & CO., INC., a
    corporation; and McKESSON
17  CORPORATION, a corporation,
18                  Defendants.
                                    /
19  LARRY GRAHAM,
20                  Plaintiff,
21          v.                          CIV. NO. S-05-660 MCE/PAN
22  MERCK & CO., INC., a
    corporation; and McKESSON
23  CORPORATION, a corporation,        NON-RELATED CASE ORDER
24                  Defendants.
                                    /
25
26  ////
```

1     The court has received the Notice of Related Cases concerning
2 the above-captioned cases filed April 12, 2005.  See Local Rule 83-
3 123, E.D. Cal. (1997).  The court has determined, however, that it
4 is inappropriate to relate or reassign the cases, and therefore
5 declines to do so.  This order is issued for informational purposes
6 only, and shall have no effect on the status of the cases,
7 including any previous Related (or Non-Related) Case Order of this
8 court.
9     IT IS SO ORDERED.
10     DATED: April 26, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT